NOTE: This disposition is nonprecedential.

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

2007-7142

L.J. THURMAN,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs,

Respondent-Appellee.

Heather R. Cessna, ABS Legal Advocates, P.A. of Lawrence, Kansas, for claimant-appellant. On the brief was Virginia A. Girard-Brady.

Martin F. Hockey, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for Respondent-Appellee. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and J. Reid Prouty, Trial Attorney. Also on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Martie Adelman, Attorney, United States Department of Veterans Affair, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge John J. Farley, III

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7142

L.J. THURMAN,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the     UNITED STATES COURT OF APPEALS
                                    FOR VETERANS CLAIMS

In CASE NO(S).            05-1933.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, Circuit Judge, JACOBS, Chief Judge*, and PROST, Circuit Judge):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: October 5, 2007          /s/ Jan Horbaly
                                        Jan Horbaly, Clerk

---

* Honorable Dennis Jacobs, Chief Judge of the United States Court of Appeals for the Second Circuit, sitting by designation.